# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2010

139814(91)

ADRIANA LEE, Personal Representative of
the Estate of RUFUS YOUNG, JR.,
        Plaintiff-Appellee,

v

DETROIT MEDICAL CENTER, CHILDREN'S
HOSPITAL, DR. ALHM MAHBOBUL HUQ,
and DR. JAYSHREE RAO,
        Defendants-Appellees,

and

DR. VINCE TRUONG,
        Defendant-Appellant,

and

LIFE SPAN CLINICAL SERVICES, KRISTIN
RYESON DZAHRISTOS, TARA HALL,
JENNIFER WRAYNO, BARBARA FRIEDEL,
and FAY FLUELLEN,
        Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139814
COA: 282268
Wayne CC: 04-438626-NO

On order of the Court, the motion for reconsideration of this Court's March 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CORRIGAN, J., would grant the motion for reconsideration and states as follows: The defendants raise jurisprudentially significant questions concerning the correctness of the Court of Appeals decision in this case, as I explained in my dissent to this Court's March 26, 2010 order denying the application for leave to appeal.

YOUNG, J., would grant the motion for reconsideration for the reasons set forth in Justice CORRIGAN's dissenting statement in this case, 485 Mich 1121 (2010).

MARKMAN, J., would grant the motion for reconsideration, and grant leave to appeal, for the reasons set forth in his dissenting statement in this case, 485 Mich 1122 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2010

_____
Clerk

d0727